FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Angie Susan Estrada,<br><br>　　　　　Defendant. | **CR-13-584-PHX-NVW-(BSB)**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 115(a)(1)(B)<br>(Threaten to Assault and Murder Officers or Employees of the United States)<br>Count 1 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 26, 2013, at or near Phoenix, in the District of Arizona, ANGIE SUSAN ESTRADA, did threaten to assault and murder an official whose killing would be a crime under 18 U.S.C. § 1114, that is, Social Security Administration employee R.S., an officer or employee of the United States or of any agency in any branch of the United States Government, with intent to impede, intimidate, and interfere with R.S. while she was engaged in the performance of her official duties, or with intent

///

///

///

1 | to retaliate against R.S. on account of the performance of her official duties, by
2 | threatening to kill R.S.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: April 23, 2013

JOHN S. LEONARDO
United States Attorney
District of Arizona


/s/

KRISTEN BROOK
Assistant U.S. Attorney